JEANA BARENBOIM et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STARBUCKS CORPORATION, Respondent.

EUGENE WINANS et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, et al., Plaintiff, v STARBUCKS CORPORATION, Respondent.

Submitted April 22, 2013; decided April 25, 2013

Motion by New York State Restaurant Association, Inc. for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

In the Matter of JOEL R. BRANDES, a Disbarred Attorney.

Decided April 25, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. Judiciary Law § 90 (8) does not provide an independent predicate for an appeal as of right to the Court of Appeals.

In the Matter of OLEG CASSINI, Deceased. CHRISTINA CASSINI, Respondent; MARIANNE NESTOR CASSINI, Appellant.

Submitted January 7, 2013; decided April 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.